UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,

-against-

JOSE VARGAS,

Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___3/9/2020___

19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

   At the change of plea hearing on November 18, 2019, the Court ordered Defendant to file his sentencing submission two weeks before the sentencing scheduled for March 17, 2020. That submission was due by March 3, 2020, and is now overdue. Accordingly, it is ORDERED that by **March 10, 2020**, Defendant shall file his sentencing submission. It is further ORDERED that by **March 13, 2020**, the Government shall file its sentencing submission.

   SO ORDERED.

Dated: March 9, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge