UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JOSE VARGAS,

                       Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  7/21/2020
```

19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    It is ORDERED that the parties shall appear for sentencing on **October 28, 2020, at 1:00 p.m.**

    SO ORDERED.

Dated: July 21, 2020
       New York, New York

                                                      ANALISA TORRES
                                            United States District Judge