**COHEN, FRANKEL & RUGGIERO, DEL LUCA & SALCEDO**

ATTORNEYS AT LAW
20 VESEY STREET, SUITE 1200
NEW YORK, NEW YORK 10007
(212) 732-0002 • FAX (212) 293-7224

MARK I. COHEN
PETER M. FRANKEL
LOUIS J. RUGGIERO
MINA KENNEDY
GILLIAN M. FEEHAN*
*ADMITTED IN NJ AND PENDING ADMISSION IN NY

JACKSON HEIGHTS, NEW YORK 11372
(718) 898-4900 • FAX (718) 898-0093
PLEASE DO NOT REPLY TO THIS OFFICE

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  8/18/2021

August 17, 2021

**VIA ECF**
The Honorable Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Jose Vargas*
19 Cr. 391 (AT)

Dear Judge Torres:

Please recall that I represent Mr. Jose Vargas in the above-referenced matter. Mr. Vargas is presently scheduled to appear before Your Honor for his sentencing hearing on September 1, 2021, at 1:00 p.m. I write to respectfully request that Your Honor grant a brief, two-week adjournment of the sentencing hearing. This is the defense's first adjournment request in this matter. I have discussed this request with A.U.S.A. Daniel Nessim, and the Government has no objection.

Unfortunately, when the September 1, 2021 sentencing date was selected in January 2021, I did not realize that I would be unavailable to appear before Your Honor that day. An adjournment of this matter should not impact the submission schedule per Your Honor's Individual Rules, as the defense previously filed its sentencing submission in this matter and does not anticipate submitting any additional documentation.

Therefore, I respectfully request a two-week adjournment of Mr. Vargas' sentencing hearing until mid-September 2021, or any date thereafter that is convenient for the Court. Thank you for your consideration.

Lastly, as a former Assistant District Attorney with the Bronx District Attorney's Office in the 1980s who often appeared before Justice Frank Torres, I would like to offer Your Honor my sincerest condolences for your loss.

Respectfully submitted,

Mark I. Cohen, Esq.

GRANTED. The sentencing scheduled for September 1, 2021,
is ADJOURNED to **October 6, 2021**, at **12:30 p.m.**

SO ORDERED.

Dated: August 18, 2021
New York, New York

**ANALISA TORRES**
**United States District Judge**