```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES OF AMERICA,
```

```
                    USDC SDNY
                    DOCUMENT
                    ELECTRONICALLY FILED
                    DOC #: _____
                    DATE FILED: _9/24/2021_
```

-against-

JOSE VARGAS,

                      Defendant.

19 Cr. 391-6 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      A sentencing hearing is scheduled in this matter for **October 6, 2021**, at **12:30 p.m.** The hearing shall proceed in Courtroom 15D of the United States Courthouse, 500 Pearl Street, New York, New York 10007. In light of the ongoing COVID-19 pandemic, all individuals seeking entry to 500 Pearl Street must complete a questionnaire and have their temperature taken before being allowed entry into the courthouse. To gain entry to 500 Pearl Street, follow the instructions provided here:

      https://www.nysd.uscourts.gov/sites/default/files/2020-10/QR%20Sign%20-%20Public_Media_v.5.pdf.

      All individuals must practice social distancing at all times in the courthouse. Individuals must wear a mask that covers their nose and mouth at all times in the courthouse. Bandanas, gaiters, and masks with valves are not permitted.

      By **October 1, 2021**, at **5:00 p.m.**, counsel must advise the Court of how many spectators will attend the proceeding. The parties must advise the Court by the same date how many individuals will be seated at counsel's tables. Special accommodations may need to be made if more than **ten** spectators are expected to attend, or more than **three** individuals are expected to be seated at each counsel's table.

      Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

      SO ORDERED.

Dated: September 24, 2021
       New York, New York

                                                              ANALISA TORRES
                                                    United States District Judge